

U.S. Department of Justice

*Peter J. Smith*
*United States Attorney*
*Middle District of Pennsylvania*

Website: www.justice.gov/usao/pam/
Email: usapam.contact@usdoj.gov

| *William J. Nealon Federal Building* | *Ronald Reagan Federal Building* | *Herman T. Schneebeli Federal Building* |
|---|---|---|
| *235 N. Washington Avenue, Suite 311* | *228 Walnut Street, Suite 220* | *240 West Third Street, Suite 316* |
| *P.O. Box 309* | *P.O. Box 11754* | *Williamsport, PA  17701-6465* |
| *Scranton, PA  18503-0309* | *Harrisburg, PA  17108-1754* | *(570) 326-1935* |
| *(570) 348-2800* | *(717) 221-4482* | *FAX (570) 326-7916* |
| *FAX (570) 348-2037/348-2830* | *FAX (717) 221-4493/221-2246* | |

*Please respond to: Williamsport*

March 20, 2015

*Filed Electronically*

Michael Luna, Jr.
Reg. No. 36954-280
USP Allenwood
P.O. Box 3000
White Deer, PA  17887

      Re:   <u>Luna v. Jordan</u>
             Civil No. 1:CV-14-2028; USDC, M.D. Pa.

Dear Mr. Luna:

      I received your letter to the Court inquiring about the status of the case.

      You have by now already received our letter to you of March 4, 2015, which included copies of the Stipulation of Dismissal and Stipulation for Compromise Settlement and Release of Tort Claims. The Stipulation of Dismissal was filed with the Court on March 2, 2015.

      In addition, the documents necessary to authorize payments to you were forwarded to the Department of the Treasury for payment on

<u>Luna v. Jordan</u>
Civil No. 1:CV-14-2028; USDC, M.D. Pa.
March 20, 2015


March 4, 2015.  Treasury Department processing generally takes 6 to 8 weeks.  The amount of settlement will be electronically deposited into your account at that time, if not sooner.

                Sincerely,

                PETER J. SMITH
                United States Attorney


                <u>s/ J. Justin Blewitt, Jr.</u>
                J. JUSTIN BLEWITT, JR.
                Assistant U.S. Attorney

PJS:JJB:mel